IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN BRENT | : | CIVIL ACTION |
| v. | : | |
| STRALL WORTH | : | NO. 12-6143 |

### O R D E R

AND NOW, this 29th day of November, 2012, upon consideration of plaintiff's amended complaint (Document No. 4), IT IS ORDERED that:

1. Plaintiff's amended complaint is DISMISSED for the reasons discussed in the Court's memorandum.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

JOEL H. SLOMSKY, J.